IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MICASH, INC. | § | |
| | § | |
| v. | § | CIVIL NO.  2:12-CV-248 |
| | § | |
| NETSPEND CORPORATION | § | |

_____

| | | |
|---|---|---|
| MICASH, INC. | § | |
| | § | |
| v. | § | CIVIL NO.  2:12-CV-250 |
| | § | |
| PRECASH, INC. | § | |

## MEDIATOR'S SUPPLEMENTAL REPORT OF SETTLEMENT

Pursuant to the Court's order mediation was conducted in civil action no. 2:12-CV-250, between the Plaintiff and Defendant PreCash, Inc. on July 31, 2013.  That session was suspended and the parties have continued negotiations.  Agreement has now been reached and the parties are in the process of preparing appropriate documents for filing with the Court, to accomplish settlement of all issues between Plaintiff and Defendant PreCash, Inc.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on the 14th day of August, 2013.

*/s/ James W. Knowles*
JAMES W. KNOWLES, MEDIATOR