IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MICASH, INC. | § § § | |
| v. | § § | Case No. 2:12-CV-248-JRG |
| NETSPEND CORPORATION | § | |
| MICASH, INC. | § § | |
| v. | § § | Case No. 2:12-CV-250-JRG |
| PRECASH, INC. | § § | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff MiCash, Inc. and Defendant NetSpend Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order in the form attached as Exhibit "A" to this motion dismissing all claims in this action – Case No. 2:12-CV-248-JRG – WITH PREJUDICE, and all counterclaims as MOOT, subject to the terms of that certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated August 12, 2013.  Each party will bear its own costs, expenses and attorneys' fees. This motion and requested order do not affect claims and counterclaims asserted by Plaintiff and Defendant PreCash, Inc. in consolidated Case No. 2-12-CV-250-JRG, which will be addressed in a separate motion.

DATED: August 14, 2013          Respectfully submitted,

        */s/ Anthony J. Magee*
G. Michael Gruber
Texas State Bar No. 08555400
mgruber@ghjhlaw.com
Anthony J. Magee
Texas State Bar No. 00786081
amagee@ghjhlaw.com
William S. Richmond
Texas State Bar No. 24066800
brichmond@ghjhlaw.com

**GRUBER HURST JOHANSEN HAIL SHANK, L.L.P.**
1445 Ross Ave., Suite 2500
Dallas, Texas 75202
Telephone: (214) 855-6800
Facsimile: (214) 855-6808

Andrew W. Spangler
Texas State Bar. No. 24041960
spangler@sfipfirm.com

**SPANGLER & FUSSELL P.C.**
208 N. Green St., Suite 300
Longview, Texas 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403

James A. Fussell, III
AR State Bar. No. 2003193
fussell@sfipfirm.com

**SPANGLER & FUSSELL P.C.**
211 N. Union St., Suite 100
Alexandria, VA 22314
Telephone: (903) 753-9300
Facsimile: (903) 553-0403

**COUNSEL FOR PLAINTIFF MICASH, INC.**

Respectfully submitted,

*/s/ Joseph Gray*

Kevin J. Meek (State Bar No. 13899600)
Brian Oaks (State Bar No. 24007767)
Joseph Gray (State Bar No. 24045970)
**BAKER BOTTS L.L.P.**
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Telephone: 512.322.2500
Facsimile: 512.322.2501
kevin.meek@bakerbotts.com
brian.oaks@bakerbotts.com
joseph.gray@bakerbotts.com

**COUNSEL FOR DEFENDANT
NETSPEND CORPORATION**

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned counsel for Plaintiff did confer with counsel for Defendant NetSpend Corporation and that Defendant NetSpend Corporation has **AGREED** to the relief sought in this Motion.

*/s/ Anthony J. Magee*
Anthony J. Magee

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2013, a true and correct copy of the foregoing has been served on the following through the Court's ECF filing system on all counsel of record who has consented to electronic service and by electronic mail.

*/s/ Anthony J. Magee*
Anthony J. Magee