IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MICASH, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-CV-248-JRG |
| | § | |
| NETSPEND CORPORATION | § | |
| | | |
| MICASH, INC. | § | |
| | § | |
| v. | § | Case No. 2:12-CV-250-JRG |
| | § | |
| PRECASH, INC. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between plaintiff, MiCash, Inc., and defendant, NetSpend Corporation, in this case – Case No. 2:12-CV-248-JRG – and the Court being of the opinion that said motion should be GRANTED, it is hereby.

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, MiCash, Inc., and defendant, NetSpend Corporation, are hereby dismissed with prejudice, and all counterclaims are dismissed as moot, subject to the terms of that certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated August 12, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Nothing in this Order shall affect the claims and counterclaims asserted between Plaintiff MiCash, Inc. and Defendant PreCash, Inc. in consolidated Case No. 2:12-CV-250-JRG.

**So Ordered and Signed on this**

**Aug 15, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE